# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HOOPER AND LINDA HOOPER, WRONGFUL DEATH BENEFICIARIES OF RYAN HOOPER | PLAINTIFFS |
| vs. | CAUSE NO. 1:13cv102LG-JMR |
| EMCARE, INC. | DEFENDANT |

*CONSOLIDATED WITH*

| | |
|---|---|
| CHARLES HOOPER AND LINDA HOOPER, WRONGFUL DEATH BENEFICIARIES OF RYAN HOOPER | PLAINTIFFS |
| vs. | CAUSE NO. 1:14cv158HSO-RHW |
| JENNIFER J. JURICH (FKA JENNIFER J. HENDERSON; GEORGE LOUKATOS; AMANDA PACHECO; BILOXI H.M.A., LLC. | DEFENDANTS |

## NOTICE OF SERVICE OF SUPPLEMENTAL RULE 26 DISCLOSURES

Notice is hereby given that Defendant BILOXI H.MA., LLC, has this date disclosed to Plaintiffs **Defendant Biloxi H.M.A., LLC's Supplemental Rule 26 Disclosures** as required by Fed. R. Civ. P. 26(a)(1) and L.U.Civ.R. 26 (a).

This the 8th day of January, 2015.

            Respectfully submitted,

            **BILOXI H.M.A., LLC, DEFENDANT**

            BY: PAGE, MANNINO, PERESICH
                & McDERMOTT, P.L.L.C.

            BY: */s/ Stephen G. Peresich*
                STEPHEN G. PERESICH (MSB# 4114)

PAGE, MANNINO, PERESICH
& McDERMOTT, P.L.L.C.
759 Vieux Marche' Mall
Post Office Drawer 289
Biloxi, Mississippi 39533
Phone: (228) 374-2100
Facsimile: (228) 432-5539
Email: stephen.peresich@pmp.org

# **CERTIFICATE OF SERVICE**

I, Stephen G. Peresich of the law firm of Page, Mannino, Peresich & McDermott, P.L.L.C., do hereby certify that, on this date, I electronically filed the foregoing **NOTICE OF SERVICE OF SUPPLEMENTAL RULE 26 DISCLOSURES** with the Clerk of the Court using the ECF system which sent notification of such filing to the following ECF participants:

*Attorney for Plaintiff*
Edward Gibson, Esquire
Hawkins Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
egibson@hgattorneys.com

*Attorney for Jennifer-Jurich Henderson and George Loukatos, M.D.*
John B. Howell, III, Esquire
Mildred M. Morris, Esquire
Watkins & Eager, PLLC
Post Office Box 650
Jackson, Mississippi 39205
jhowell@watkinseager.com
mmorris@watkinseager.com

*Attorney for EmCare, Inc.*
John B. Howell, III, Esquire
Mildred M. Morris, Esquire
Watkins & Eager, PLLC
Post Office Box 650
Jackson, Mississippi 39205
jhowell@watkinseager.com
mmorris@watkinseager.com

This the 8th day of January, 2015.

*/s/ Stephen G. Peresich*
STEPHEN G. PERESICH (MSB#4114)

PAGE, MANNINO, PERESICH
& MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE MALL
P.O. DRAWER 289
BILOXI, MS 39530
Telephone: (228) 374-2100
Facsimile: (228) 432-5539
E-mail: stephen.peresich@pmp.org